## Berendt *v.* McHugh.

Candler, J.   A petition for certiorari from the judgment of a justice of the peace, brought in the name of one who was not a party to the proceeding in the justice's court, is properly dismissed, on motion, by the judge of the superior court; and this is so although it appears that the name of the party who was made the plaintiff in certiorari was placed in the petition by inad-

121   97
  Case 2
121   519
121   97
  Case 1
124   940

7

vertence of the stenographer who drew the paper, the intention being tó bring the petition in the name of the losing party to the suit in the justice's court. *Central R. Co.* v. *Craig*, 59 *Ga.* 185 ; *Southwestern R. Co.* v. *Craig*, 62 *Ga.* 361.          *Judgment affirmed. All the Justices concur.*

Argued October 6,—Decided October 17, 1904.

Certiorari.    Before Judge Cann.    Chatham superior court. May 14, 1904.

*William H. Boyd*, for plaintiff in error.
*Walter W. Sheppard*, contra.